# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSEPH WESTER,

        Plaintiff,        Case No. 05-C-237

    v.

MODUSLINK CORPORATION,

        Defendant.

## ORDER AND OPINION

The parties to this action have notified the court that they have settled all claims. Therefore, the court ORDERS that the Plaintiff's "Motion for Remand" (filed March 9, 2005) IS DENIED without prejudice.

IT IS FURTHER ORDERED that the "Defendant's Motion to Dismiss Plaintiff's Declaratory Judgment Action or in the Alternative to Stay Proceedings Pending Resolution of a Prior-Filed Action" (filed March 8, 2005) IS DENIED without prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 21st day of April, 2005.

                    s/ Thomas J. Curran
                    Thomas J. Curran
                    United States District Judge