# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSEPH WESTER,

       Plaintiff,

       v.                                Case No. 05-C-237

MODUSLINK CORPORATION,

       Defendant.

## OPINION AND ORDER

The parties to this case have stipulated to a voluntary dismissal of all claims raised. Therefore, the court ORDERS that this action is dismissed with prejudice and with each party to bear its or his own costs and attorney fees and without right of appeal. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Joseph Wester brought his case against Defendant Moduslink Corporation before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having voluntarily stipulated to a dismissal of all claims raised,
>
> It Is Ordered and Adjudged

that this action is dismissed with prejudice and with each
party to bear its or his own costs and attorneys fees and with
each party waiving all rights of appeal.

Done and Ordered in Chambers at the United States Courthouse,

Milwaukee, Wisconsin, this 28th day of April, 2005.

          s/Thomas J. Curran
          Thomas J. Curran
          United States District Judge